UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br>JEFFREY LEIGH THURBER,<br><br>        Defendant. | Case No. 3:05-cr-00080-HDM-RAM<br><br>ORDER |

The defendant has filed a motion for appointment of counsel (ECF No. 156) and a motion to file under seal the financial affidavit submitted therewith (ECF No. 157). Good cause appearing, both the motion for appointment of counsel (ECF No. 156) and the motion to seal (ECF No. 157) are GRANTED. The Federal Public Defender and Assistant Federal Public Defender Heidi Ojeda are hereby appointed to represent the defendant in connection with his motion for early termination of supervised release.

IT IS SO ORDERED.

DATED: This 8th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE